UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| OSCAR WILLIAMS, JR., ) | |
| Plaintiff, ) | 2:09-cv-1979-KJD-RJJ |
| vs. ) | |
| ALFRED HANKE, *et al.*, ) | O R D E R |
| Defendant, ) | |

This matter was referred to the undersigned Magistrate Judge on Plaintiff's Motion to Compel Notice of Acceptance of Service (#21).

The Court having reviewed the Motion (#21) and the Response (#23) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Notice of Acceptance of Service (#21) is DENIED. The Nevada Attorney General is unable to accept service for these defendants. *See*, Response (#23).

DATED this 15th day of October, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge