# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| OSCAR WILLIAMS, JR., | ) | |
| Plaintiff, | ) | Case No. 2:09-cv-01979-KJD-GWF |
| vs. | ) | **ORDER** |
| STEVEN TURNER, *et al.*, | ) | |
| Defendants. | ) | |

    This matter is before the Court on Defendant Steven Turner's Statement of Proposed Amendments to Scheduling Order (#31), filed February 1, 2011. Defendant requests that the Court amend its prior Scheduling Order (#30) because Steven Turner is the only defendant who has been served in this action to date and he currently has a motion to dismiss pending before the Court based on a determination of qualified immunity. (#31). The Court finds good cause to vacate its scheduling order until all defendants in this case have been served. Accordingly,

    **IT IS HEREBY ORDERED** that the Court's January 20, 2011 Scheduling Order is **vacated**.

    DATED this 2nd day of February, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge