# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR WILLIAMS, JR., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:09-cv-01979-KJD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| STEVEN TURNER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

On February 3, 2011, the Court requested that the Attorney General's Office obtain the last known addresses for Defendants William Donat and Alfred Hanke and submit the information to the undersigned magistrate judge for *in camera* review in lieu of Plaintiff subpoenaing the information from the Nevada Department of Corrections. (#33). On March 4, 2011, the Attorney General's Office supplied the requested information to the Court.

The Court will provide the contact information to the Marshal's Office in a sealed order and direct service upon Mr. Donat and Hanke.

DATED this 11th day of March, 2011.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge