# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| OSCAR WILLIAMS, JR., | ) | |
| Plaintiff, | ) | Case No. 2:09-cv-01979-KJD-GWF |
| vs. | ) | **ORDER** |
| STEVEN TURNER, *et al.*, | ) | Request for Status (#41) |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's April 28, 2011 Letter Requesting a Status Update from the Court (#41). Plaintiff states that he has not received copies of documents filed at docket numbers 36-39 and asks the Court to inform him about the content of the filings. The Court will have the Clerk of the Court provide Plaintiff with a copy of the Docket Sheet, which includes notes identifying the content of the filings. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall prepare a copy of the docket sheet regarding case 2:09-cv-01979-KJD-GWF and send it to Plaintiff at the current address on file with the Court.

DATED this 29th day of April, 2011.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**