# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

OSCAR WILLIAMS, JR.,

    Plaintiff,

v.

STEVEN TURNER, *et al.*,

    Defendants.

Case No. 2:09-CV-01979-KJD-GWF

**ORDER**

    Before the Court is the Objection (#64) to the Minute Order (#63) directing Defendants to file a responsive pleading by Tuesday, September 4, 2012.

    Defendants claim that Magistrate Judge George W. Foley's Order should be set aside or modified because, according to Defendants, the Court is required to again screen Plaintiff's complaint prior to them being required to answer. The Court has previously screened the claims at issue and Defendants are directed to file a responsive pleading as directed by Judge Foley.

    DATED this 29th day of August 2012.

_____
Kent J. Dawson
United States District Judge