1  ADAM PAUL LAXALT
    Attorney General
2  JARED M. FROST (Bar No. 11132)
    Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 East Washington Avenue
   Suite 3900
5  Las Vegas, Nevada  89101
   (702) 486-3177 (phone)
6  (702) 486-3773 (fax)
   Email:  jfrost@ag.nv.gov
7
   *Attorneys for Defendants Alois Hanke*
8  *and William Donat*

9

10

11

12               **UNITED STATES DISTRICT COURT**

13                   **DISTRICT OF NEVADA**

14  OSCAR WILLIAMS, JR.,              CASE NO. 2:09-cv-01979-KJD-GWF

15            Plaintiff,

16  v.                               **STIPULATION AND ORDER FOR
                                      DISMISSAL WITH PREJUDICE**
17  STEVEN TURNER, *et al.*

18            Defendants.

19

20       It is stipulated and agreed by and between Plaintiff, Oscar Williams Jr., by and

21  through counsel, Travis N. Barrick, Esq., and Defendants Alois Hanke and William

22  Donat, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Page **1** of **2**

1  Jared M. Frost, Senior Deputy Attorney General, that the above-captioned matter be

2  dismissed with prejudice, and that each party will bear their own attorney fees and costs.

3

4  DATED: February 7, 2017.                    DATED: February 7, 2017.

5

6                                              ADAM PAUL LAXALT
                                               Nevada Attorney General
7

8  /s/ Travis N. Barrick                       By: /s/ Jared M. Frost

9  Travis N. Barrick                           Jared M. Frost
   Nevada Bar No. 9257                         Nevada Bar No. 11132
10 Gallian, Welker, & Beckstrom, LC            Senior Deputy Attorney General
   540 E. St. Louis Avenue                     Office of the Nevada Attorney General
11 Las Vegas, Nevada 89117                     555 E. Washington Avenue, Suite 3900
                                               Las Vegas, Nevada 89101
12
   *Attorney for Plaintiff*
13                                             *Attorneys for Defendants*

14

15

16

17

18 IT IS SO ORDERED.                           DATED: February _7_ , 2017.

19

20

21

22                                             UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28